# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00670-CV

**A. F., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-0087-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A.F. filed his notice of appeal on December 21, 2021. The record was complete on January 11, 2022, making appellant's brief due on January 31, 2022. On February 11, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Kenneth A. Richey, Jr. to file appellant's brief no later than March 3, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is so ordered on February 17, 2022.


Before Chief Justice Byrne, Justices Kelly and Smith.